| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br><br>**FOR CALENDAR YEAR 2003** | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Cebull, Richard F | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>5/7/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge - Active | 5. ReportType (check appropriate type)<br><br>◯ Nomination, Date<br><br>◯ Initial　●Annual　◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>United States District Court<br>316 North 26th Street<br>Billings, MT 59101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____　Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 16 A 11: 28 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cebull, Richard F | 5/7/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2.   MT UNIV REVS HIGHER ED FACS IMPT-D | A | Interest | J | T | | | | | |
| 3.   FORSYTH MT PCR | A | Interest | J | T | | | | | |
| 4.   DENVER CO CITY & CNTY ARPT REV SER A | A | Interest | J | T | | | | | |
| 5.   MT ST HEALTH FAC RV AUTH RV B/D MBIA SISTERS CHARITY | A | Interest | J | T | | | | | |
| 6.   MONTANA ST HLTH FACS AUTH REV MISSION RIDGE | A | Interest | J | T | | | | | |
| 7.   MT ST BRED HSG RV AMT SINGLE FAM MTG B/E SER A 2 | A | Interest | J | T | | | | | |
| 8.   MONTANA STATE HLTH FAC AUTH MT DE CTR PROJ B/E | A | Interest | | | Redemption | 0601 | J | | |
| 9.   GUAM INTL ARPT AUTH GU MBIA SER C | A | Interest | J | T | | | | | |
| 10.  INTEL CORP CS | A | Dividend | J | T | Part sell | 1208 | J | C | |
| 11.  DEVON ENERGY CORP | A | Dividend | | | Sell | 0123 | J | A | |
| 12.  ST MARY LAND & EXPL CS | A | Dividend | J | T | | | | | |
| 13.  TEXAS INSTRUMENTS INC | | | J | T | Buy | 1208 | J | | |
| 14.  AIM EQUITY FDS INC- AGGRESSIVE GROWTH MF | | None | J | T | | | | | |
| 15.  EATON VANCE TAX MGD GROWTH - C MF | A | Dividend | J | T | | | | | |
| 16.  GROWTH FUND AMER INC. MF | A | Dividend | J | T | | | | | |
| 17.  KOPP FDS EMERGING GROWTH FD CL A MF | | None | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
    (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
    (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
    (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PUTNAM TAX EXP INC FD MF | A | Dividend | J | T | | | | | |
| 19. GREAT HALL INVT FDS MM | A | Dividend | | | Changed to | 0201 | | | |
| 20. TAMARACK INVT FUNDS MM | A | Dividend | J | T | | | | | |
| 21. IRA # 2 | A | Div & CG | L | T | | | | | |
| 22. - FINANCING CORP CPN FICO STRIPS SER 4 | | | | | | | | | |
| 23. - GREAT HALL INVT FDS MM | | | | | Changed to | 0201 | | | |
| 24. - TAMARACK INVT FDS MM | | | | | | | | | |
| 25. - AIM EQUITY FDS INC AGGRESSIVE GROWTH FD MF | | | | | | | | | |
| 26. - AIM VALUE - A MF | | | | | | | | | |
| 27. - FT TGT VIP CONS 3Q-03 | | None | | | Sell | 09/16 | J | A | |
| 28. - FT TGT VIP CONS 3Q-04 | A | Dividend | J | T | Buy | 0916 | J | | |
| 29. -FOCUSED DIVIDEND STRAT PORT II | A | Dividend | | | Exchange | 0225 | J | | |
| 30. - SUNAMERICA FOC DIV STRAT II | | | J | T | Exchange | 0225 | | | |
| 31. - SELIGMAN SMALL CAP VALUE - C | A | LTG | J | T | Buy | 0916 | J | | |
| 32. BROKERAGE ACCT #2 | | | | | | | | | |
| 33. CEF MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 34. GENERAL ELECTRIC CS | A | Dividend | J | T | | | | | |
| 35. JOHNSON & JOHNSON CS | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 36. PFIZER INC CS | A | Dividend | J | T | | | | | |
| 37. GLACIER CAPITAL TR 1 | A | Interest | J | T | | | | | |
| 38. MERRILL LYNCH PRD CAPITAL TR III | | None | J | T | | | | | |
| 39. RECEIVABLE - BCA PARTNERSHIP | C | Int, Prin | | | Paid in full | 0315 | J | | |
| 40. CSA PARTNERSHIP | A | Rent | | | Dissolved | 0331 | K | D | |
| 41. IRA #3 | E | Div, Int, CG | P1 | T | | | | | |
| 42. -BANK ONE CORP CS | | | | | Sell | 0116 | K | C | |
| 43. - WELLS FARGO & CO CS | | | | | | | | | |
| 44. - HOME DEPOT INC CS | | | | | | | | | |
| 45. - WAL-MART STORES INC CS | | | | | | | | | |
| 46. - AMERICAN HIGH INCOME TRUST CL A MF | | | | | Sell | 0316 | K | D | |
| 47. - AMERICAN MUTUAL FUND INC. MF | | | | | | | | | |
| 48. - BOND FUND OF AMERICA INC. MF | | | | | | | | | |
| 49. - EURO PACIFIC GROWTH FUND-SBI MF | | | | | | | | | |
| 50. - FUNDAMENTAL INVESTORS INC MF | | | | | | | | | |
| 51. - GOLDMAN SACHS GROWTH & INCOME FUND-CL A MF | | | | | | | | | |
| 52. - GOLDMAN SACHS INTERNATIONAL EQUITY FUND-CL A MF | | | | | | | | | |
| 53. - GOLDMAN SACHS BALANCED FD CL A MF | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cebull, Richard F | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 54.  - GROWTH FUND OF AMERICA CL A MF | | | | | | | | | |
| 55.  - INCOME FUND OF AMERICA CL A MF | | | | | Buy | 0316 | K | | |
| 56.  - INVESTMENT CO OF AMERCA MF | | | | | | | | | |
| 57.  - NEW PERSPECTIVE UNFD INC MF | | | | | | | | | |
| 58.  - PUTNAM FUND FOR GROWTH & INCOME- CL A MF | | | | | | | | | |
| 59.  - PUTNAM GLOBAL EQUITY FUND CL A MF | | | | | | | | | |
| 60.  - PUTNAM HEALTH SCIENCES TRUST CL A MF | | | | | | | | | |
| 61.  - PUTNAM INTERNATIONAL NEW OPPORTUNITIES FUND-CL A MF | | | | | | | | | |
| 62.  - PUTNAM  CLASSIC EQUITY MF FUND CL A | | | | | | | | | |
| 63.  - PUTNAM INVT FDS RESEARCH FUND MF | | | | | | | | | |
| 64.  - PUTNAM DIVERSIFIED INCOME CL A MF | | | | | | | | | |
| 65.  - PUTNAM VISTA FUND INC-CL A MF | | | | | | | | | |
| 66.  - PUTNAM VOYAGER FUND INC-CL A MF | | | | | | | | | |
| 67.  - WASHINGTON MUTUAL INVESTORS FUND INC, MF | | | | | | | | | |
| 68.  - FORD MOTOR CREDIT CO BD | | | | | Redemption | 0716 | K | | |
| 69.  - COMMONWEALTH EDISON COMPANY BD | | | | | | | | | |
| 70.  - FPL GROUP CAP INC DEBENTURE BD | | | | | | | | | |
| 71.  - JC PENNEY & CO BD | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 =$1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 72. - GENERAL ELECTRIC CAP CORP MED TERN NTS BD | | | | | | | | | |
| 73. - HERTZ CORP SENIOR NOTES BD | | | | | | | | | |
| 74. - FORD MOTOR CREDIT CO GLOBAL LANDMARK BD SECURITIES | | | | | | | | | |
| 75. - VAN KAMPEN FOCUS PORTFOLIOS 387 TRUST | | | | | | | | | |
| 76. - FNMA GTD REMIC PASSTHRU TR 1997-69 | | | | | | | | | |
| 77. - INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT GOVT | | | | | | | | | |
| 78. - PASSPORT MONEY MARKET | | | | | | | | | |
| 79. TSA 501©3 | | None | K | T | | | | | |
| 80. - KEMPER GENERAL ACCOUNT II | | | | | | | | | |
| 81. - KEMPER TOTAL RETURN | | | | | | | | | |
| 82. EE TREASURY BOND | | None | J | T | | | | | |
| 83. HOUSE, ROUNDUP, MT | | None | | | Sell | 0615 | K | | |
| 84. FIRST INTERSTATE BANK (Ckg, Sav) | A | Interest | J | T | | | | | |
| 85. 1ST SECURITY BANK (Ckg) | | None | J | T | | | | | |
| 86. NEW YORK LIFE INS. POL CV. | B | Dividend | K | U | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cebull, Richard F | 5/7/2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

I Positions:  CSA Partnership.  Property was sold and partnership terminated.

II.  Agreements:  BCA agreement paid in full in 2004.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cebull, Richard F | 5/7/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign:

Date 5/9/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

AO-10
Rev. 1/2004

| | |
|---|---|
| 1. Person Reporting (Last name, First name, Middle initial) <br> Cebull, Richard F | 2. Court or Organization <br> United States District Court |
| | 3. Date of Report <br> 5/10/2005 |

4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)

US District Judge - Active

5. ReportType (check appropriate type)

- ○ Nomination, Date
- ○ Initial  ● Annual  ○ Final

6. Reporting Period

1/1/2004
to
12/31/2004

7. Chambers or Office Address

United States District Court

316 North 26th Street

Billings, MT 59101

8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____  Date_____

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 AY 16 P 12: 57 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

*Revised*

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

Revised

# FINANCIAL DISCLOSURE REPORT
## Page 1 of 5

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2. MT UNIV REVS HIGHER ED FACS IMPT-D | A | Interest | J | T | | | | | |
| 3. FORSYTH MT PCR | A | Interest | J | T | | | | | |
| 4. DENVER CO CITY & CNTY ARPT REV SER A | A | Interest | J | T | | | | | |
| 5. MT ST HEALTH FAC RV AUTH RV B/D MBIA SISTERS CHARITY | A | Interest | J | T | | | | | |
| 6. MONTANA ST HLTH FACS AUTH REV MISSION RIDGE | A | Interest | J | T | | | | | |
| 7. MT ST BRED HSG RV AMT SINGLE FAM MTG B/E SER A 2 | A | Interest | J | T | | | | | |
| 8. MONTANA STATE HLTH FAC AUTH MT DE CTR PROJ B/E | A | Interest | | | Redemption | 0601 | J | | |
| 9. GUAM INTL ARPT AUTH GU MBIA SER C | A | Interest | J | T | | | | | |
| 10. INTEL CORP CS | A | Dividend | J | T | Part sell | 1208 | J | C | |
| 11. DEVON ENERGY CORP | A | Dividend | | | Sell | 0123 | J | A | |
| 12. ST MARY LAND & EXPL CS | A | Dividend | J | T | | | | | |
| 13. TEXAS INSTRUMENTS INC | | | J | T | Buy | 1208 | J | | |
| 14. AIM EQUITY FDS INC- AGGRESSIVE GROWTH MF | | None | J | T | | | | | |
| 15. EATON VANCE TAX MGD GROWTH - C MF | A | Dividend | J | T | | | | | |
| 16. GROWTH FUND AMER INC. MF | A | Dividend | J | T | | | | | |
| 17. KOPP FDS EMERGING GROWTH FD CL A MF | | None | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated


*Revised*

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PUTNAM TAX EXP INC FD MF | A | Dividend | J | T | | | | | |
| 19. GREAT HALL INVT FDS MM | A | Dividend | | | Changed to | 0201 | | | |
| 20. TAMARACK INVT FUNDS MM | A | Dividend | J | T | | | | | |
| 21. IRA # 2 | A | Div & CG | L | T | | | | | |
| 22. - FINANCING CORP CPN FICO STRIPS SER 4 | | | | | | | | | |
| 23. - GREAT HALL INVT FDS MM | | | | | Changed to | 0201 | | | |
| 24. - TAMARACK INVT FDS MM | | | | | | | | | |
| 25. - AIM EQUITY FDS INC AGGRESSIVE GROWTH FD MF | | | | | | | | | |
| 26. - AIM VALUE - A MF | | | | | | | | | |
| 27. - FT TGT VIP CONS 3Q-03 | | None | | | Sell | 09/16 | J | A | |
| 28. - FT TGT VIP CONS 3Q-04 | A | Dividend | J | T | Buy | 0916 | J | | |
| 29. -FOCUSED DIVIDEND STRAT PORT II | A | Dividend | | | Exchange | 0225 | J | | |
| 30. - SUNAMERICA FOC DIV STRAT II | | | J | T | Exchange | 0225 | | | |
| 31. - SELIGMAN SMALL CAP VALUE - C | A | LTG | J | T | Buy | 0916 | J | | |
| 32. BROKERAGE ACCT #2 | | | | | | | | | |
| 33. CEF MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 34. GENERAL ELECTRIC CS | A | Dividend | J | T | | | | | |
| 35. JOHNSON & JOHNSON CS | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

*Revised*

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 36. PFIZER INC CS | A | Dividend | J | T | | | | | |
| 37. GLACIER CAPITAL TR 1 | A | Interest | J | T | | | | | |
| 38. MERRILL LYNCH PRD CAPITAL TR III | | None | J | T | | | | | |
| 39. RECEIVABLE - BCA PARTNERSHIP | C | Int, Prin | | | Paid in full | 0315 | J | | |
| 40. CSA PARTNERSHIP | A | Rent | | | Dissolved | 0331 | K | D | |
| 41. IRA #3 | E | Div, Int, CG | P1 | T | | | | | |
| 42. -BANK ONE CORP CS | | | | | Sell | 0116 | K | C | |
| 43. - WELLS FARGO & CO CS | | | | | | | | | |
| 44. - HOME DEPOT INC CS | | | | | | | | | |
| 45. - WAL-MART STORES INC CS | | | | | | | | | |
| 46. - AMERICAN HIGH INCOME TRUST CL A MF | | | | | Sell | 0316 | K | D | |
| 47. - AMERICAN MUTUAL FUND INC. MF | | | | | | | | | |
| 48. - BOND FUND OF AMERICA INC. MF | | | | | | | | | |
| 49. - EURO PACIFIC GROWTH FUND-SBI MF | | | | | | | | | |
| 50. - FUNDAMENTAL INVESTORS INC MF | | | | | | | | | |
| 51. - GOLDMAN SACHS GROWTH & INCOME FUND-CL A MF | | | | | | | | | |
| 52. - GOLDMAN SACHS INTERNATIONAL EQUITY FUND-CL A MF | | | | | | | | | |
| 53. - GOLDMAN SACHS BALANCED FD CL A MF | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| *Revised* | Cebull, Richard F | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 54.   - GROWTH FUND OF AMERICA CL A MF | | | | | | | | | |
| 55.   - INCOME FUND OF AMERICA CL A MF | | | | | Buy | 0316 | K | | |
| 56.   - INVESTMENT CO OF AMERCA MF | | | | | | | | | |
| 57.   - NEW PERSPECTIVE UNFD INC MF | | | | | | | | | |
| 58.   - PUTNAM FUND FOR GROWTH & INCOME- CL A MF | | | | | | | | | |
| 59.   - PUTNAM GLOBAL EQUITY FUND CL A MF | | | | | | | | | |
| 60.   - PUTNAM HEALTH SCIENCES TRUST CL A MF | | | | | | | | | |
| 61.   - PUTNAM INTERNATIONAL NEW OPPORTUNITIES FUND-CL A MF | | | | | | | | | |
| 62.   - PUTNAM  CLASSIC EQUITY MF FUND CL A | | | | | | | | | |
| 63.   - PUTNAM INVT FDS RESEARCH FUND MF | | | | | | | | | |
| 64.   - PUTNAM DIVERSIFIED INCOME CL A MF | | | | | | | | | |
| 65.   - PUTNAM VISTA FUND INC-CL A MF | | | | | | | | | |
| 66.   - PUTNAM VOYAGER FUND INC-CL A MF | | | | | | | | | |
| 67.   - WASHINGTON MUTUAL INVESTORS FUND INC, MF | | | | | | | | | |
| 68.   - FORD MOTOR CREDIT CO BD | | | | | Redemption | 0716 | K | | |
| 69.   - COMMONWEALTH EDISON COMPANY BD | | | | | | | | | |
| 70.   - FPL GROUP CAP INC DEBENTURE BD | | | | | | | | | |
| 71.   - JC PENNEY & CO BD | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 72. - GENERAL ELECTRIC CAP CORP MED TERN NTS BD | | | | | | | | | |
| 73. - HERTZ CORP SENIOR NOTES BD | | | | | | | | | |
| 74. - FORD MOTOR CREDIT CO GLOBAL LANDMARK BD SECURITIES | | | | | | | | | |
| 75. - VAN KAMPEN FOCUS PORTFOLIOS 387 TRUST | | | | | | | | | |
| 76. - FNMA GTD REMIC PASSTHRU TR 1997-69 | | | | | | | | | |
| 77. - INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT GOVT | | | | | | | | | |
| 78. - PASSPORT MONEY MARKET | | | | | | | | | |
| 79. TSA 501©3 | | None | K | T | | | | | |
| 80. - KEMPER GENERAL ACCOUNT II | | | | | | | | | |
| 81. - KEMPER TOTAL RETURN | | | | | | | | | |
| 82. EE TREASURY BOND | | None | J | T | | | | | |
| 83. HOUSE, ROUNDUP, MT | | None | | | Sell | 0615 | K | | |
| 84. FIRST INTERSTATE BANK (Ckg, Sav) | A | Interest | J | T | | | | | |
| 85. 1ST SECURITY BANK (Ckg) | | None | J | T | | | | | |
| 86. NEW YORK LIFE INS. POL CV. | B | Dividend | K | U | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   Pl = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

I Positions:  CSA Partnership.  Property was sold and partnership terminated.

II.  Agreements:  BCA agreement paid in full in 2004.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cebull, Richard F | 5/10/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date 5/11/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544